But your adversary did not show up? Notwithstanding a motion to have this place taken off submission and another motion, which... To hear argument, correct, after we entered the order. Yes, he... So, the... How about I just go over here? Sorry, come... Why don't you do this? Ms. Drucker. Alina Drucker on behalf of the city. Good afternoon. Yes, so, indeed, the appellant in this case initially put this case on submission. I was happy to submit then and then made a motion to move the case off of submission and then made another motion on Friday to adjourn the argument. This court denied that motion. He specifically said he should either indicate that he would arrive, that he'd come to oral argument, and notify me. And he notified me Friday afternoon that he'd be coming and that he was happy to argue. He notified the court as well. We were expecting him.  I am happy to answer any questions about the dark corners of the CPLR if you have any, but we're otherwise, I can consistently, as we've represented this case, happy to submit on the briefs. No questions. I just feel bad that you had to be here for so long listening to what may have been interesting in the other cases, but has not to do with your job and that the behavior of the appellant's counsel, at least absent further explanation, is not only rude but has consumed public resources. No doubt you have other work to do, and it's unfortunate that you were kept from that other work by these events. I appreciate it. Thank you, Your Honors. Thank you, Ms. Drucker. Have a good day. Ms. LaValle, yes. No questions. Thank you. The remaining cases are on submission, so I will ask the clerk please to adjourn. Clerk, may we adjourn? Thank you.